IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01059-PAB-KLM

LINDA S. WILLIAMS, and
THOMAS K. WILLIAMS,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., as nominee for Fieldstone Mortgage Company,
U.S. BANK NATIONAL ASSOCIATION, as Trustee for Sasco 2006-BC3, and
AMERICA'S SERVICING COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants **U.S. Bank, N.A. and America's Servicing Company's Unopposed Motion to Vacate and Reschedule Scheduling/Planning Conference** [Docket No. 20; Filed June 17, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for July 25, 2011 at 10:30 a.m. is **vacated** and **RESET** to **August 31, 2011 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **August 26, 2011.**

    Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **August 26, 2011.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Dated:  June 17, 2011