IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01059-PAB-KLM

LINDA S. WILLIAMS, and
THOMAS K. WILLIAMS,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., as nominee for Fieldstone Mortgage Company,
U.S. BANK NATIONAL ASSOCIATION, as Trustee for Sasco 2006-BC3, and
AMERICA'S SERVICING COMPANY,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants **U.S. Bank N.A.'s and America's Servicing Company's Second Unopposed Motion to Vacate and Reschedule Scheduling/Planning Conference** [Docket No. 24; Filed August 10, 2011] (the "Motion"). Despite the recent disbarment of Plaintiffs' counsel, the Motion indicates that Defendants conferred with him and that he consented to the request on Plaintiffs' behalf.[1]  *See Motion* [#24] at 1. Counsel's continued representation of Plaintiffs, as well as their collective failure to prosecute this case, are the subject of an Order to Show Cause issued by District Judge Philip A. Brimmer on August 10, 2011 [Docket No. 25].  Given the current status of the case,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for August 31, 2011 at 10:00 a.m. is **vacated** and will be reset, if appropriate, only upon a motion filed by Plaintiffs after the Order to Show Cause is resolved.  The motion must comply with all Federal and Local Rules.

    Dated:  August 12, 2011

---

[1] Although counsel is not identified by name, as no other counsel has entered an appearance on Plaintiffs' behalf, the Court assumes that Defendants conferred with disbarred counsel.